**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01574-BNB

NATHANIEL JAMES HARVEY III,

      Plaintiff,

v.

ROGER WERHOLTZ, Deputy Director of DOC, official capacity,
LOU ARCHULETA, Head Administrative Warden, official capacity, and
OFFICER CATHERINE SEGURA, individual and official capacity,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's motions for appointment of counsel (ECF No. 15) and for an order compelling Defendants to file an answer to the complaint (ECF No. 16) filed on July 10, 2013, are DENIED as premature.  Plaintiff continues to have thirty days from the date of the order of June 25, 2013 (ECF No. 11), to file a second amended complaint as directed.  Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated:  July 11, 2013

---