IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No 13-cv-01574-RBJ-BNB

NATHANIEL JAMES HARVEY, III,

Plaintiffs,

v.

CATHERINE SEGURA, in her official and individual capacity and
LT. BRENT LANG, (Unit 4), in his official capacity,

Defendants.
_____

**ORDER**
_____

Before me is the plaintiff's **Motion Requesting Exhibits and Attachments From Initial Complaint and Third Amended Complaint** [Doc. #60, filed 01/30/2014] (the "Motion"). The Motion is STRICKEN.

The plaintiff does not certify that he served a copy of the Motion on counsel for the defendants. Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b)(1). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). Certification should be made in the original papers and should show the day and manner of service. Id.

IT IS ORDERED:

(1)   The plaintiff's Motion Requesting Exhibits and Attachments From Initial Complaint and Third Amended Complaint [Doc. #60] is STRICKEN;

(2)   All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

(3)   Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated February 3, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge